PENNHURST STATE SCHOOL, ETC., PLAINTIFF-RESPOND-
ENT, v. ESTATE OF SAMUEL GOODHARTZ, DEFEND-
ANT-PETITIONER.

*Mr. Arthur E. Ballen* and *Mr. Ronald Berman* for the petitioner.

*Mr. Morris Goldsmith* and *Mr. Martin L. Blatt* for the respondent.

July 1, 1963.   Granted.

MORRIS CORSON, PLAINTIFF-PETITIONER, v. EDWARD
MARGOLIN *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Finn & Rimm* for the petitioner.

*Mr. Albert M. Ash* for the respondent.

July 1, 1963.   Denied.